UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| JOSEPH A. SHEPHERD | ) | |
| *Petitioner*, | ) ) ) | |
| v. | ) ) | No. 3:05-cv-505 |
| | ) | *Phillips* |
| HAROLD CARLTON, Warden | ) ) ) | |
| *Respondent*. | ) | |

## **JUDGMENT ORDER**

In accordance with the accompanying Memorandum, petitioner's motion to strike and motion to produce the entire state court record are **DENIED**, and the respondent's motion to dismiss is **GRANTED**. The petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**.

**E N T E R:**

                s/ Thomas W. Phillips
                United States District Judge

ENTERED AS A JUDGMENT
 s/ *Patricia L. McNutt*
  CLERK OF COURT