UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| JOSEPH A. SHEPHERD | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | No. 3:05-cv-505 |
| | ) | *Phillips* |
| | ) | |
| HAROLD CARLTON, Warden | ) | |
| | ) | |
| *Respondent*. | ) | |

## **O R D E R**

This habeas corpus petition was denied as untimely. The matter is before the court on petitioner's motion to vacate the judgment of dismissal. The petitioner has failed to present any additional information which would cause this court to reconsider the order of dismissal. Accordingly, the motion to vacate judgment [Court File No. 17] is **DENIED**.

**E N T E R:**

                                                        s/ Thomas W. Phillips
                                                   United States District Judge